# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**CHARLIE J. WILLIAMS,**

    **Plaintiff,**

**v.**                                                        Case No. 4:19-cv-289-AW-CAS

**MARIE A. MATTOX, P.A., and MARIE A. MATTOX LAW OFFICES,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This Court has considered the magistrate judge's report and recommendation (ECF No. 8) and has also considered de novo the Plaintiff's objections (ECF No. 9). The report and recommendation is accepted and adopted as the Court's opinion, notwithstanding Plaintiff's objections. The Clerk is directed to enter judgment stating, "This case is dismissed for failure to state a claim." The Clerk is also directed to close the file.

SO ORDERED on November 1, 2019.

                                              s/ *Allen Winsor*
                                              United States District Judge